UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
JRLDDS, LLC,          :
          :
         Plaintiff,          :          21-CV-9487 (JMF)
          :
      -v-          :          ORDER
          :
The Hartford Financial Services Group Inc. et al.,          :
          :
        Defendants.         :
          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 19, Defendants' earlier motion to dismiss filed at Docket No. 11 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **February 25, 2022**. Defendants' reply, if any, is due by **March 4, 2022**.

      The Clerk of Court is directed to terminate Docket No. 11.

      SO ORDERED.

Dated: February 11, 2022
      New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge